# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHMUDA DADABHOY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　Defendant. | Case No. 5:18-cv-01652-JGB-SHK<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 5:18-cv-01652-JGB-SHK, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 9, 2019

　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　United States District Court Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

167572.1

Case No. 5:18-cv-01652-JGB-SHK
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE